1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGE WILLIAM VETTER,            Case No.  2:22-cv-02241-JDP (PC)

12            Plaintiff,

13        v.                          ORDER

14   CDCR, *et al.*,

15            Defendants.

16

17        On March 6, 2023, I screened plaintiff's first amended complaint and notified him that his

18   claims were not cognizable under § 1983.  ECF No. 10.  I granted him thirty days to file an

19   amended complaint or advisement indicating his intent to stand by his current complaint, subject

20   to a recommendation that it be dismissed.  *Id.*  I also warned him that failure to comply with the

21   March 6 order could result in a recommendation that this action be dismissed.  *Id.* at 3.

22        On April 5, 2023, plaintiff filed objections to the March 6 order.  Those objections have

23   not persuaded me to change my view regarding appropriate screening of plaintiff's complaint.

24   Although plaintiff might have intended to inform me through those objections that he wishes to

25   stand by his current complaint—"Plaintiff requests for this Court to allow him to proceed with a

26   COMPLAINT FOR **'DECLARATORY'** RELIEF AND DAMAGES, as stated in the 1st

27   Amended Complaint"—I cannot definitively say that that is his intent.

28        Therefore, plaintiff is directed to file an amended complaint or statement that indicates

1

with sufficient clarity that he wishes to stand by his complaint, subject to dismissal.  Plaintiff's

failure to respond to this order will constitute a failure to comply with a court order and will result

in a recommendation that this action be dismissed.  Should plaintiff wish to continue with this

lawsuit, he shall file, within twenty-one days, an amended complaint or advisement of his intent

to stand by his current complaint.


IT IS SO ORDERED.


Dated:    May 16, 2023        _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE